IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

BLAKE THOMAS BABIN

Criminal No. 23- 106
[UNDER SEAL]

## INDICTMENT MEMORANDUM

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Carolyn J. Bloch, Assistant United States Attorney for said District, and submits this Indictment Memorandum to the Court:

### I. THE INDICTMENT

A federal grand jury returned a one-count indictment against the above-named defendant for an alleged violation of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|---|---|---|
| ONE | Transporting an Illegal Alien.<br><br>On or about October 20, 2022 through on or about December 30, 2022 | 8 U.S.C. §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii) |

FILED
MAY 23 2023
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

### II. ELEMENTS OF THE OFFENSE

**A.   As to Count 1:**

In order for the crime of Transporting an Illegal Alien, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii), to be established, the government must prove all of the following essential elements beyond a reasonable doubt:

1. That an alien, identified as AMTH, had entered or remained in the United States in violation of law.

2. That the defendant knew or recklessly disregarded the fact that AMTH had come to, entered, or remained in the United States in violation of law.

3. That the defendant transported or attempted to transport AMTH within the United States, in order to help AMTH remain in the United States illegally.

Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).

### III. PENALTIES

**A.  As to Count 1:  Transporting an Illegal Alien (8 U.S.C. §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii)):**

1. A term of imprisonment of not more than five (5) years (8 U.S.C. §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii)).

2. A fine of not more than $250,000 (18 U.S.C. § 3571(b)(3)).

3. A term of supervised release of not more than three (3) years (18 U.S.C. § 3583(b)(2)).

4. Any or all of the above.

### IV. MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $100.00 must be imposed at each count upon which the defendant is convicted, pursuant to 18 U.S.C. § 3013.

With respect to Count One, an additional special assessment of $5000.00 shall be imposed as the offense was committed after May 29, 2015, and the offense constitutes a violation of Title 8, United States Code, Section 1324. 18 U.S.C. § 3014(a)(5).

## V. **RESTITUTION**

Not applicable in this case.

## VI. **FORFEITURE**

Not applicable in this case.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

*/s/ Carolyn J. Bloch*
CAROLYN J. BLOCH
Assistant U.S. Attorney
PA ID No. 53430
