IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 23-106 |
| BLAKE THOMAS BABIN | [UNDER SEAL] |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Carolyn J. Bloch, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant BLAKE THOMAS BABIN, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with a violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).

Recommended bond: $50,000 unsecured.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

By: /s/ Carolyn J. Bloch
CAROLYN J. BLOCH
Assistant U.S. Attorney
PA ID No. 53430

FILED
MAY 23 2023
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA