# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 23-106-RJC-1 |
| ) | |
| BLAKE THOMAS BABIN, ) | |
| ) | |
| Defendant. ) | |

**HEARING ON   - SENTENCING**

Before Judge Robert J. Colville

Carolyn Bloch, AUSA                     Charles, Porter Jr., Esquire
Appear for USA                          Appear for Defendant

Probation – Brittney Prescott

Hearing begun   3/13/24 at 10:05 a.m.        Hearing adjourned to _____
Hearing concluded  3/13/24 at 10:33 a.m.     Stenographer :   B. Loch
                                             Clerk: C. Orendi

**WITNESSES:**

For Government                          For Defendant

Oath administered to Defendant; Court finds Defendant competent to proceed; Court details background of case; Court asks defendant questions re: Presentence Report, Addendum, Supplemental Addendum & Tentative Findings, defendant answers & understands, Court remarks on Guidelines and pertinent Supreme Court & Circuit Court decisions; Court notes that parties have no further objections to Presentence Report; Court adopts the Presentence Report & addendum, Parties decline to present additional evidence; Defense Counsel makes argument regarding an appropriate sentence; Government relies on its Sentencing Memorandum and asks for a sentence reflective of the nature of the crime; Defendant makes statement to the Court; The defendant is hereby sentenced to a term of 3 years' probation w/standard and additional conditions at count 1 of the indictment; Restitution N/A; $2,000 Fine; Special Assessment of $100, due immediately; Court states its reasons for imposition of Sentence; Court advises defendant of appeal rights; Defendant shall report to the US Probation Office as directed ; All as further stated on the record